**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RICHARD ALFORD                                                                                               PETITIONER

v.                                              NO. 5:14CV00076 JLH

RAY HOBBS, Director of the
Arkansas Department of Correction                                                             RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 10th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE